Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
B.R. FRIES & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 102 (AKH)

TELMA ALVARADO,                                               Index No.: 07-CV-1454

                          Plaintiff(s),            **NOTICE OF ADOPTION OF ANSWER
                                                   TO MASTER COMPLAINT**

        -against-
                                                   **ELECTRONICALLY FILED**

80 LAFAYETTE ASSOCIATES, LLC, *et al.*,

                          Defendant(s).
--------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant, B.R. FRIES & ASSOCIATES, INC., by its

attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in

the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the

above-referenced action, hereby adopts its Answer to Master Complaint dated August 10, 2007,

which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation*, 21 MC 102 (AKH).

WHEREFORE, the Defendant, B.R. FRIES & ASSOCIATES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 4, 2007

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
B.R. FRIES & ASSOCIATES, INC.

By:

Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel