## Notices

1:07-cv-01454-AKH Alvarado v. 80 Lafayette Associates, LLC et al
ECF, MEMBER, RELATED

### U.S. District Court

### United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Mills, Richard on 5/1/2008 at 1:01 PM EDT and filed on 5/1/2008
**Case Name:**        Alvarado v. 80 Lafayette Associates, LLC et al
**Case Number:**     1:07-cv-1454
**Filer:**             Moody's Holdings, Inc.
**Document Number:** 25

**Docket Text:**
**NOTICE OF APPEARANCE by Richard Scott Mills on behalf of Moody's Holdings, Inc. (Mills, Richard)**

**1:07-cv-1454 Notice has been electronically mailed to:**

John P. Cookson      jcookson@mdmc-law.com

Richard Scott Mills      rmills@mdmc-law.com

Stanley Goos      jsavitsky@harrisbeach.com, sgoos@harrisbeach.com

William Joseph Dubanevich      wdubanevich@napolibern.com

**1:07-cv-1454 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/1/2008] [FileNumber=4537913-0]
[a6e6c54cf4597f4fdbc00c773e8b9805b114e624d954251a7013fe7c866cf5521f31
f7a7a7934315c117b9ec0938170232ff1518078737fe8af9726e77ca3d17]]